**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Annette Fuller Roach
Louisiana Appellate Project
P. O. Box 1747
Lake Charles LA 70602-1747

Crayton Jones, Jr. (DOC No. 123981)
Sabine Parish Detention Center
384 Detention Center Road
Many, LA 71449

**REHEARING ACTION: March 17, 2010**

**Docket Number: 09  00751-KA**

**STATE OF LOUISIANA**
**VERSUS**
**CRAYTON JONES, JR.**

**Appealed from Sabine Parish Case No. 60,490**

**BEFORE JUDGES:**

> **Hon. Billy Howard Ezell**
> **Hon. J. David Painter**
> **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Crayton Jones, Jr.** has this day been

> **DENIED.**

cc: Hon. Don M. Burkett, Counsel for the Appellee
    Anna Louise Garcie, Counsel for the Appellee
    Annette Fuller Roach, Counsel for the Appellant